# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2738

_____

United States of America,                  *

                                 *

        Appellee,              *

                                 *   Appeal from the United States

     v.                       *   District Court for the

                                 *   Eastern District of Missouri.

Demond Bernard McDaniels,      *

                                 *   [UNPUBLISHED]

        Appellant.           *

_____

Submitted: September 28, 2007
Filed: October 4, 2007

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Demond Bernard McDaniels appeals the 120-month prison sentence that the district court[1] imposed after he pleaded guilty to possessing with intent to distribute more than 50 grams of cocaine base, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(iii). On appeal, McDaniels has filed a motion for appointment of counsel; his counsel has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), in which she seeks leave to withdraw.

_____

[1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

After reviewing the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and finding no non-frivolous issues, we affirm the judgment of the district court and grant counsel's motion to withdraw on condition that counsel inform appellant about the procedures for filing petitions for rehearing and for certiorari. We also deny McDaniels's motion for appointment of counsel.

_____